# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| SUNCOAST EQUIPMENT, LLC ) | |
| ) | Case No.: 16-02247-5-DMW |
| Debtors. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL PURSUANT TO RULE 9010(b) and REQUEST FOR NOTICES UNDER RULE 2002

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE,** and pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedures, Matthew P. Ceradini of Ceradini Law, PLLC hereby gives notice of the substitution and appearance of Matthew P. Ceradini as counsel for Paragon Commercial Bank, a Division of Towne Bank ("Paragon Bank"), a creditor in the above-referenced case in the stead of Cindy G. Oliver of the firm of Morris, Russell, Eagle & Worley, PLLC, and hereby enters his appearance on behalf of Paragon Bank.

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure be mailed to counsel.

Respectfully submitted, this 29th day of May, 2018,

**CERADINI LAW, PLLC**

By: /s/ Matthew P. Ceradini
Matthew P. Ceradini
NC Bar ID: 49521
9650 Strickland Road, Ste. 103-202
Raleigh, NC 27615
Phone: 919-866-2706
Fax: 919-825-1805
ceradinilaw@gmail.com
*Attorney for Paragon Bank*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is, and all times hereinafter mentioned was, more than eighteen (18) years of age, that on this date copies of the foregoing Notice was serve by electronic means through the court's CM/ECF service upon the Trustee, Bankruptcy Administrator, and other counsel of record appearing on the docket, and upon the following parties by mailing, postage prepaid, first class mail, addressed as followed:

Suncoast Equipment, LLC
Attn: Todd Hamilton/Registered Agent
P.O. Box 10621
Raleigh, NC 27605

This 29th day of May, 2018,

**CERADINI LAW, PLLC**

By: /s/ Matthew P. Ceradini
Matthew P. Ceradini
NC Bar ID: 49521
9650 Strickland Road, Ste. 103-202
Raleigh, NC 27615
Phone: 919-866-2706
Fax: 919-825-1805
ceradinilaw@gmail.com
*Attorney for Paragon Bank*