**SO ORDERED.**

**SIGNED this 9 day of July, 2018.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

**IN RE:**

| | |
|---|---|
| **SUNCOAST EQUIPMENT, LLC** | **CASE NO.: 16-02247-5-DMW** |
| | **CHAPTER 7** |
| Debtor | |

### EX PARTE CONSENT ORDER AUTHORIZING TRUSTEE TO CHARGE AND COLLECT §506(c) STATUTORY TRUSTEE'S COMMISSIONS AND EXPENSE; ATTORNEY FOR TRUSTEE'S FEES AND EXPENSE; TRUSTEE'S ACCOUNTANT'S FEES; AND SPECIAL COUNSEL FEES AND COSTS FOR LIQUIDATION OF PROPERTY SUBJECT TO BLANKET LIEN OF PARAGON COMMERCIAL

THIS MATTER having come before the Court upon Ex Parte Motion of Richard DeWitte Sparkman, Chapter 7 Trustee for allowance of Section 506(c) statutory Trustee's commissions and expense; Attorney for Trustee's fees and expense; Auctioneer's commissions and extraordinary expense, if any; Special Counsel to Bankruptcy Trustee fees and expense; Accountant for Trustee fees and expense; and Court costs, if any, from collection of proceeds from liquidation of estate assets and collection of monies into the bankruptcy estate, and it appearing:

1. That the above-referenced Debtor filed Chapter 7 petition on April 28, 2016. Richard DeWitte Sparkman was appointed as Bankruptcy Trustee on April 29, 2016 in which capacity he files Motion.

2. That Paragon Commercial Bank, a division of Towne Bank ("Paragon"), a secured creditor in the above-referenced case filed a secured claim no. 4-1 dated June 1, 2016 in the amount of $200,000.00, which lien would cover all properties being liquidated and monies being collected

by the Bankruptcy Trustee. ("Paragon Blanket Lien")

3. That notwithstanding existence of the Paragon Blanket Lien, the Trustee has requested and Paragon has consented to the liquidation of estate assets and the collection of these monies into the bankruptcy estate with the Trustee being authorized to charge and collect his statutory Trustee's commissions and allowed expenses; to seek Court approval at the appropriate time for payment of Section 506(c) Attorney for Trustee's fees and expense; Auctioneer commissions and extraordinary expense, if any; Special Counsel to Bankruptcy Trustee fees and expense; Accountant for Trustee fees and expense; and Court costs, if any; with same to be paid from proceeds subject to the Paragon Blanket Lien and the balance of the monies, if any, to be remitted to Paragon pursuant to its timely filed and valid secured proof of claim upon closing of the bankruptcy estate.

IT IS HEREBY ORDERED that Richard DeWitte Sparkman, Chapter 7 Trustee, be, and he is hereby authorized to continue to liquidate assets and to collect funds that are subject to the Paragon Blanket Lien, charge statutory Trustee's commissions and allowed expenses; seek Court approval at the appropriate time for payment of Section 506(c) Attorney for Trustee's fees and expense; Auctioneer's commissions and extraordinary expense, if any; Special Counsel to Bankruptcy Trustee fees and expense; Accountant for Trustee fees and expense; Court costs, if any, with the balance of the monies, if any, to be remitted to Paragon pursuant to its timely filed and valid secured proof of claim no. 4-1 upon closing of the bankruptcy estate.

CONSENTED TO:

| | |
|---|---|
| /s/ Richard DeWitte Sparkman | /s/Matthew P. Ceradini |
| Richard DeWitte Sparkman | Matthew P. Ceradini, Attorney for |
| Attorney for Bankruptcy Trustee | Paragon Commercial Bank, |
| N.C. State Bar No. 6857 | a Division of Towne Bank |
| P.O. Box 1687 | NC State Bar No. 49521 |
| Angier, NC 27501 | 9650 Strickland Road, Ste. 103-202 |
| Telephone: (919) 639-6181 | Raleigh, NC 27615 |
| | Telephone: (919)866-2706 |

**END OF DOCUMENT**