UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re: §
§
SUNCOAST EQUIPMENT, LLC § Case No. 16-02247-5-DMW
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard D. Sparkman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 817,400.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 100,000.00 | Claims Discharged Without Payment: 832,367.83 |
| Total Expenses of Administration: 70,829.32 | |

3) Total gross receipts of $ 170,829.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 170,829.32 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,466,850.27 | $ 1,466,850.27 | $ 100,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 75,634.46 | 75,634.46 | 70,829.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 71,244.67 | 71,244.67 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 859,096.76 | 761,123.16 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 2,472,826.16 | $ 2,374,852.56 | $ 170,829.32 |

4)  This case was originally filed under chapter 7 on 04/28/2016 . The case was pending for 29 months.

5)  A copy of the final bank statement of the estate, reflecting a zero balance has been submitted to the United States Bankruptcy Administrator.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/17/2018              By:/s/Richard D. Sparkman
                                                Trustee

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Surplus Proceeds-Sale to Dealer of Paragon Bank | 1129-000 | 13,313.59 |
| Surplus proceeds-Sale to Dealer of Paragon Bank | 1129-000 | 1,147.59 |
| PNC Bank Account #9396 | 1129-000 | 100.00 |
| 2015 GMC Sierra #121760 | 1129-000 | 1,435.64 |
| 5/27/16 Public Auction Proceeds | 1129-000 | 131,332.50 |
| Caterpillar Finacial Services Corp Settlement | 1141-000 | 5,000.00 |
| 2006 Ford F250 Vin #D05667 | 1229-000 | 500.00 |
| Element Financial Settlement Proceeds | 1249-000 | 15,000.00 |
| Komatsu Financial Limited Partnership Settlement | 1249-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 170,829.32** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PARAGON COMMERCIAL BANK | 4210-000 | NA | 100,000.00 | 100,000.00 | 100,000.00 |
| 000004A | PARAGON COMMERCIAL BANK | 4210-000 | NA | 200,000.00 | 200,000.00 | 0.00 |
| 000007 | SANY CAPITAL USA, INC. | 4210-000 | NA | 257,006.70 | 257,006.70 | 0.00 |
| 000005 | TODD HAMILTON | 4210-000 | NA | 30,000.00 | 30,000.00 | 0.00 |
| 000008 | ELEMENT FINANCIAL CORP. | 4220-000 | NA | 586,143.57 | 586,143.57 | 0.00 |
| 000009 | ELEMENT FINANCIAL CORP. | 4220-000 | NA | 293,700.00 | 293,700.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 1,466,850.27 | $ 1,466,850.27 | $ 100,000.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RICHARD D. SPARKMAN | 2100-000 | NA | 22,591.47 | 22,591.47 | 20,713.75 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RICHARD D. SPARKMAN | 2200-000 | NA | 437.54 | 437.54 | 401.17 |
| UNION BANK | 2600-000 | NA | 359.79 | 359.79 | 359.79 |
| BANK OF AMERICA | 2700-000 | NA | 365.00 | 365.00 | 365.00 |
| CLERK US BANKRUPTCY COURT | 2700-000 | NA | 526.00 | 526.00 | 496.91 |
| BANK OF AMERICA | 2990-000 | NA | 365.00 | 365.00 | 0.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):CLIFTONLARSONALLEN LLP | 3410-000 | NA | 13,565.00 | 13,565.00 | 12,437.53 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):CLIFTONLARSONALLEN LLP | 3420-000 | NA | 231.97 | 231.97 | 212.69 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:COUNTRY BOYS AUCTION & REALTY CO | 3610-000 | NA | 11,453.30 | 11,453.30 | 11,453.30 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:COUNTRY BOYS AUCTION & REALTY CO | 3620-000 | NA | 9,494.64 | 9,494.64 | 9,494.64 |
| JOHN T. BENJAMIN, JR. | 3991-000 | NA | 16,244.75 | 16,244.75 | 14,894.54 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 75,634.46 | $ 75,634.46 | $ 70,829.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013A | NC DEPARTMENT OF REVENUE | 5200-000 | NA | 34,170.43 | 34,170.43 | 0.00 |
| 000010 | WAKE COUNTY REVENUE DEPARTMENT | 5800-000 | NA | 37,074.24 | 37,074.24 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 71,244.67 | $ 71,244.67 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ALLY BANK | 7100-000 | NA | 5,590.94 | 5,590.94 | 0.00 |
| 000003 | ALLY BANK | 7100-000 | NA | 11,737.99 | 11,737.99 | 0.00 |
| 000011 | ANGELA MICHELLE HAMILTON | 7100-000 | NA | 474,036.92 | 474,036.92 | 0.00 |
| 000001A | CATERPILLAR FINANCIAL SERVICES CORP | 7100-000 | NA | 188,600.00 | 90,626.40 | 0.00 |
| 000004B | PARAGON COMMERCIAL BANK | 7100-000 | NA | 160,691.48 | 160,691.48 | 0.00 |
| 000006 | TODD HAMILTON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000012 | ALLY BANK | 7200-000 | NA | 9,148.54 | 9,148.54 | 0.00 |
| 000015 | WELLS FARGO BANK N.A. | 7200-000 | NA | 5,915.89 | 5,915.89 | 0.00 |
| 000013B | NC DEPARTMENT OF REVENUE | 7400-000 | NA | 3,375.00 | 3,375.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 859,096.76 | $ 761,123.16 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-02247-5-DMW | Judge: David M. Warren | Trustee Name: | Richard D. Sparkman |
|---|---|---|---|---|
| Case Name: | SUNCOAST EQUIPMENT, LLC | | Date Filed (f) or Converted (c): | 04/28/16 (f) |
| | | | 341(a) Meeting Date: | 06/06/16 |
| For Period Ending: | 09/17/18 | | Claims Bar Date: | 08/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Surplus Proceeds-Sale to Dealer of Paragon Bank | 13,313.59 | 13,313.59 | | 13,313.59 | FA | 0.00 | 0.00 |
|     Liened vehicle of Paragon Bank- 2012 GMC Last 6 of Vin#179469 | | | | | | | |
| 2. Surplus proceeds-Sale to Dealer of Paragon Bank | 1,147.59 | 1,147.59 | | 1,147.59 | FA | 0.00 | 0.00 |
|     Liened vehicle of Paragon Bank-2014 Chev. Last 6 of Vin #110539 | | | | | | | |
| 3. PNC Bank Account #9396 | 100.00 | 100.00 | | 100.00 | FA | 0.00 | 0.00 |
| 4. Paragon Checking Account | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Cash on Hand | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. 2015 GMC Sierra #552499 | Unknown | 0.00 | | 0.00 | FA | 57,902.16 | 0.00 |
|     Lien Holder: Ally Financial | | | | | | | |
|     Stay Lifted (DE 72) | | | | | | | |
| 7. 2015 GMC Sierra- #167734 | Unknown | 0.00 | | 0.00 | FA | 42,731.61 | 0.00 |
|     Lien Holder: Ally Fianancial | | | | | | | |
|     Stay Lifted (DE 52) | | | | | | | |
| 8. 2005 Terex TA27 Articulated Dump Truck | 35,100.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
|     Serial Number A8681060 | | | | | | | |
|     Lien Holder: Element | | | | | | | |
|     Stay Lifted DE 77 | | | | | | | |
| 9. 2005 Terex TA30G7 Articulated Dump Truck | 41,400.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
|     Serial No.:A8591231 | | | | | | | |
|     Lien Holder: Element | | | | | | | |
|     Stay Lifted DE 77 | | | | | | | |
| 10. 2006 Terex TA30G7 Articulated Dump Truck | 45,700.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
|     Serial No. A8591422 | | | | | | | |
|     Lien Holder: Element | | | | | | | |
|     Stay Lifted DE 77 | | | | | | | |
| 11. 2014 GMC Sierra  #378830 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Case No: 16-02247-5-DMW   Judge: David M. Warren   Trustee Name: Richard D. Sparkman
Case Name: SUNCOAST EQUIPMENT, LLC
Date Filed (f) or Converted (c): 04/28/16 (f)
341(a) Meeting Date: 06/06/16
Claims Bar Date: 08/19/16

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Lien Holder: Wells Fargo Repossessed & sold pre-petition. | | | | | | | |
| 12. 2015 GMC Sierra #121760 | Unknown | 1,435.64 | | 1,435.64 | FA | 0.00 | 0.00 |
| Lien Holder: Ally Financial Repossessed & sold pre-petition | | | | | | | |
| 13. 2015 GMC Sierra #165559 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Lien Holder: Ally Financial Repossessed & sold pre-petition | | | | | | | |
| 14. 2014 GMC Sierra #317427 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Lien Holder: Ally Financial Repossessed & sold pre-petition | | | | | | | |
| 15. 2015 GMC Sierra #152954 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Lien Holder: Ally Financial Repossessed & sold pre-petition | | | | | | | |
| 16. 2014 GMC Sierra #262247 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Lien Holder: Ally Financial Repossessed & sold pre-petition | | | | | | | |
| 17. 2014 GMC Sierra #192946 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Lien Holder: Wells Fargo Repossessed & sold pre-petition | | | | | | | |
| 18. 2007 PJTM Trailer #097304 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Sold pre-petition | | | | | | | |
| 19. 2004 Utility Trailer #001394 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Sold pre-petition | | | | | | | |
| 20. D8T Caterpillar Track Type Tractor Serial No. KPZ02961 In possession of lien holder Stay lifted in favor of Cat Financial DE 60 | 188,600.00 | 0.00 | | 0.00 | FA | 257,126.40 | 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 16-02247-5-DMW | Judge: David M. Warren | | Trustee Name: | Richard D. Sparkman |
|---|---|---|---|---|---|
| Case Name: | SUNCOAST EQUIPMENT, LLC | | | Date Filed (f) or Converted (c): | 04/28/16 (f) |
| | | | | 341(a) Meeting Date: | 06/06/16 |
| | | | | Claims Bar Date: | 08/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 21. 2004 Caterpillar IT38G Wheel Loader | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Serial No. CAT0030CKCAP00313 | | | | | | | |
| Sold pre-petition | | | | | | | |
| 22. 2014 SANY SY335 Hydraulic Escavator | 411,000.00 | 0.00 | | 0.00 | FA | 834,279.63 | 0.00 |
| Serial No. 13SY033A35958 | | | | | | | |
| Element lease - Stay Lifted DE 77 | | | | | | | |
| 23. 2007 John Deere XLT Crawler Tractor | 48,800.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Serial No. T0700JX141202 | | | | | | | |
| Element Stay Lifted DE 77 | | | | | | | |
| 24. New or used Komatsu Equipment | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Repossessed & sold pre-petition. | | | | | | | |
| 25. Komatsu D51PXI-22 Crawler Dozer | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Serial No. B13877 | | | | | | | |
| Repossessed & sold pre-petition. | | | | | | | |
| 26. Komatsu D51PXI-22 Crawler Dozer | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Serial No. B13831 | | | | | | | |
| Repossessed & sold pre-petition. | | | | | | | |
| 27. SANY Excavator..0178 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Element Stay Lifted DE 77 | | | | | | | |
| 28. Ingersoll RAND SD 100F | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Serial No. 165360 | | | | | | | |
| Sold at auction - included in Item 36 | | | | | | | |
| 29. 2006 John Deere 700JXLT Crawler Tractor | 46,800.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Serial No. T0700JX130520 | | | | | | | |
| Sold at auction - included in Item 36 | | | | | | | |
| 30. 2011 Load Trail 20" Trailer | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Sold at auction - Included in Item 36 | | | | | | | |
| 31. 2- 2013 Trimble SPS985 Kit Dual Smart Antenna | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-02247-5-DMW | Judge: David M. Warren | Trustee Name: | Richard D. Sparkman |
|---|---|---|---|---|
| Case Name: | SUNCOAST EQUIPMENT, LLC | | Date Filed (f) or Converted (c): | 04/28/16 (f) |
| | | | 341(a) Meeting Date: | 06/06/16 |
| | | | Claims Bar Date: | 08/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Serial No. 5250F20 | | | | | | | |
| 32. Internet Domain-Sunequip.us | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 33. Liberty Mutual Liability & Prop Damage Insurance | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| $50K coverage | | | | | | | |
| 34. Theft of Property | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| $40,915.00 requested | | | | | | | |
| 35. 2006 Ford F250 Vin #D05667 (u) | 0.00 | 500.00 | | 500.00 | FA | 0.00 | 0.00 |
| Sold to Ciechoski for $500.00 on 3/29/16 | | | | | | | |
| 36. 5/27/16 Public Auction Proceeds | 0.00 | 131,332.50 | | 131,332.50 | FA | 0.00 | 0.00 |
| Includes Assets #28,29,30 | | | | | | | |
| 37. 2006 TN encl. Trailer...0673 (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Sold at auction - Included in Item 36 | | | | | | | |
| 38. Ingersol Rand SD116D XTF 84" Smooth Drum (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Serial No. 194966 | | | | | | | |
| Sold at Auction -Included in Item 36 | | | | | | | |
| 39. 2013 SANY SY335C 3103 (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Serial No. ...A35638 | | | | | | | |
| Included in auction proceeds Item 36 (Credit Bid by SANY Corp) | | | | | | | |
| 40. SANY 2013 SY215CLC (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Serial No....DM8618 | | | | | | | |
| Included in auction proceeds Item 36 (Credit Bid by SANY Corp) | | | | | | | |
| 41. Caterpillar Finacial Services Corp Settlement | 0.00 | 5,000.00 | | 5,000.00 | FA | 0.00 | 0.00 |
| Settlement proceeds per Order dated 3/06/17 (DE 128) | | | | | | | |
| 42. Element Financial Settlement Proceeds (u) | 0.00 | 15,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| Settlement per Court Order dated 6/01/17 (DE 132) | | | | | | | |
| AP #17-00002-5-DMW | | | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 5

Exhibit 8

| Case No: | 16-02247-5-DMW    Judge: David M. Warren |
|---|---|
| Case Name: | SUNCOAST EQUIPMENT, LLC |

| Trustee Name: | Richard D. Sparkman |
|---|---|
| Date Filed (f) or Converted (c): | 04/28/16 (f) |
| 341(a) Meeting Date: | 06/06/16 |
| Claims Bar Date: | 08/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 43. Komatsu Financial Limited Partnership Settlement AP # 17-00002-5-DMW | 0.00 | 3,000.00 | | 3,000.00 | FA | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $831,961.18 | $170,829.32 | | $170,829.32 | $0.00 | $1,192,039.80 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 12/31/17     Current Projected Date of Final Report (TFR): 06/30/18


         /s/    Richard D. Sparkman
_____ Date: 09/17/18
         RICHARD D. SPARKMAN

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 16-02247-5-DMW | | Trustee Name: | Richard D. Sparkman |
|---|---|---|---|---|
| Case Name: | SUNCOAST EQUIPMENT, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******0217  TRUSTEE CHECKING |
| Taxpayer ID No: | 45-4443793 | | | |
| For Period Ending: | 09/17/18 | | Blanket Bond (per case limit): | $ 2,961,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/20/16 | 1 | Hendrick Buick-GMC-Cadillac<br>115 Team Hendrick Way<br>Cary, NC 27511 | Surplus proceeds -sale to Dealer | 1129-000 | 13,313.59 | | 13,313.59 |
| 05/20/16 | 2 | Hendrick Buick GMC Cadillac<br>115 Team Hendrick Way<br>Cary, NC 27511 | Surplus proceeds-sale to dealer | 1129-000 | 1,147.59 | | 14,461.18 |
| 05/31/16 | | Clerk U. S. Bankruptcy Court<br>P. O. Box 1441<br>Raleigh, NC  27602-1441 | Cost Of Administration<br>Sell Free & Clear of Liens Fee | 2700-000 | | 176.00 | 14,285.18 |
| 06/03/16 | 001001 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | Court Costs<br>Acct # xxx3022<br>Filing Fee | 2700-000 | | 335.00 | 13,950.18 |
| 06/07/16 | 3 | PNC Bank, NA<br>4100 W. 150th Street<br>Cleveland, Ohio 44135 | Close out of account#9396 | 1129-000 | 100.00 | | 14,050.18 |
| 06/14/16 | 35 | Janvier Law Firm<br>1101 Haynes St., Ste. 102<br>Raleigh, NC 27604 | 2006 Ford F250 Sales Proceeds | 1229-000 | 500.00 | | 14,550.18 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 14,535.18 |
| 07/11/16 | 36 | Country Boys Auction & Realty<br>P.O. Box 1903<br>Washington, NC 27889-1903 | 5/27/16 Auction Proceeds | 1129-000 | 131,332.50 | | 145,867.68 |
| 07/11/16 | 001002 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | Cost Of Administration<br>Acct # xxx3022<br>Amendment Fee | 2700-000 | | 30.00 | 145,837.68 |
| 07/18/16 | 001003 | Country Boys Auction & Realty, Inc.<br>P.O. Box 1903<br>Washington, NC 27889 | Auctioneer Commissions  & Expenses<br>Per Order dated 7/14/16<br>Commissions: $11,563.30<br>Extraordinary Exp.: $9,494.64 | | | 20,947.94 | 124,889.74 |
| | | | Page Subtotals | | 146,393.68 | 21,503.94 | |

Ver: 20.00j

LFORM24

USBA Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2            Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 16-02247-5-DMW | Trustee Name: | Richard D. Sparkman |
|---|---|---|---|
| Case Name: | SUNCOAST EQUIPMENT, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******0217  TRUSTEE CHECKING |
| Taxpayer ID No: | 45-4443793 | | |
| For Period Ending: | 09/17/18 | Blanket Bond (per case limit): | $ 2,961,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees       11,453.30 | 3610-000 | | | |
| | | | Expenses   9,494.64 | 3620-000 | | | |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.60 | 124,869.14 |
| 08/01/16 | 12 | Ally<br>P.O. Box 380902<br>Bloomington, MN 55438 | Surplus from sale of repo vehicle | 1129-000 | 1,435.64 | | 126,304.78 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 137.09 | 126,167.69 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 187.10 | 125,980.59 |
| 11/08/16 | 001004 | Paragon Commercial Bank<br>3535 Glenwood Ave<br>Raleigh, NC 27612 | Partial Payment to Secured Creditor<br>Per Order dated 11/04/16 (DE 112)<br>Per Court Order dated 11/04/16 (DE112) | 4210-000 | | 100,000.00 | 25,980.59 |
| 05/19/17 | 41 | John T. Benjamin, Jr.<br>1115 Hillsborough St.<br>Raleigh, NC 27603 | Caterpillar Setlmt per 3/6/17 Order | 1141-000 | 5,000.00 | | 30,980.59 |
| 06/19/17 | 42 | John T. Benjamin, Jr. P.A.<br>1115 Hillsborough Street<br>Raleigh, NC 27603 | Settlement per 6/01/17 Order-DE132 | 1249-000 | 15,000.00 | | 45,980.59 |
| 06/29/17 | 43 | Hannah Sheridan Loughridge<br>& Cochran, LLP<br>P.O. Box 2395<br>Raleigh, NC 27602 | AP#17-0002-5-DMWSettlement proceeds | 1249-000 | 3,000.00 | | 48,980.59 |
| 08/16/18 | 001005 | CLERK US BANKRUPTCY COURT | Court Costs<br>AP #17-00002-5-DMW ($350.00)<br>Pro Rate $320.91 | 2700-000 | | 320.91 | 48,659.68 |
| 08/16/18 | 001006 | JOHN T. BENJAMIN, JR., P.A.<br>1115 HILLSBOROUGH STREET<br>RALEIGH, NC 27603 | Cost Of Administration<br>Special Counsel Final Fees: $16,244.75<br>($14,894.54 ProRate) | 3991-000 | | 14,894.54 | 33,765.14 |
| 08/16/18 | 001007 | CliftonLarsonAllenLLP<br>P.O. Box 531878 | Final Accountant's Fees<br>Accountant's Final Fees: $13,565.00 ($12,650.22 | | | 12,650.22 | 21,114.92 |

                          Page Subtotals      24,435.64      128,210.46

Ver: 20.00j

LFORM24

USBA Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 16-02247-5-DMW | Trustee Name: | Richard D. Sparkman |
|---|---|---|---|
| Case Name: | SUNCOAST EQUIPMENT, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******0217  TRUSTEE CHECKING |
| Taxpayer ID No: | 45-4443793 | | |
| For Period Ending: | 09/17/18 | Blanket Bond (per case limit): | $ 2,961,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Atlanta, GA 30353-1878 | ProRate) | | | | |
| | | | Accountant's Final Expense: $231.97 ($212.69 ProRate) | | | | |
| | | | Fees  12,437.53 | 3410-000 | | | |
| | | | Expenses  212.69 | 3420-000 | | | |
| 08/16/18 | 001008 | Richard D. Sparkman | Trustee commissions & expenses | | | 21,114.92 | 0.00 |
| | | Richard D. Sparkman & Associates, P.A. | Trustee Commissions: $22,591.47 ($20,713.75 ProRate) | | | | |
| | | P. O. Box 1687 | | | | | |
| | | ANGIER, NC 27501 | Trustee Expense: $437.54 ($401.17 ProRate) | | | | |
| | | | Fees  20,713.75 | 2100-000 | | | |
| | | | Expenses  401.17 | 2200-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 170,829.32 | 170,829.32 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 170,829.32 | 170,829.32 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 170,829.32 | 170,829.32 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TRUSTEE CHECKING - ********0217 | 170,829.32 | 170,829.32 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 170,829.32 | 170,829.32 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    Richard D. Sparkman

Page Subtotals           0.00           21,114.92

Ver: 20.00j

LFORM24
USBA Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 16-02247-5-DMW | Trustee Name: | Richard D. Sparkman |
|---|---|---|---|
| Case Name: | SUNCOAST EQUIPMENT, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******0217  TRUSTEE CHECKING |
| Taxpayer ID No: | 45-4443793 | | |
| For Period Ending: | 09/17/18 | Blanket Bond (per case limit): | $ 2,961,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: 09/17/18
RICHARD D. SPARKMAN

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 20.00j

LFORM24
USBA Form 101-7-TDR (10/1/2010) *(Page: 16)*